**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

JOHN LICHTERMAN, VINCE MARASCUILO and MARSHA MARASCUILO                                                PLAINTIFFS

V.                                                                                CIVIL ACTION NO.: 1:07CV256-SA-JAD

PICKWICK PINES MARINA, INC.,
TISHOMINGO COUNTY DEVELOPMENT
FOUNDATION, and TENNEESSEE VALLEY
AUTHORITY                                                                                                    DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) Pickwick Pines' Motion to Dismiss [24] is granted in part and denied in part;

(2) TCDF's Motion to Dismiss [45] is granted in part and denied in part; and

(3) TVA's Motion to Dismiss [29], converted to one for Summary Judgment, is denied as premature.

SO ORDERED, this the 16th day of March, 2009.

                                                                          /s/ Sharion Aycock
                                                                         UNITED STATES DISTRICT JUDGE
                                                                         NORTHERN DISTRICT OF MISSISSIPPI