IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHN LICHTERMAN, VINCE MARASCUILO and MARSHA MARASCUILO | PLAINTIFFS |
| V. | CIVIL ACTION NO.: 1:07CV256-SA-JAD |
| PICKWICK PINES MARINA, INC., TISHOMINGO COUNTY DEVELOPMENT FOUNDATION, and TENNESSEE VALLEY AUTHORITY | DEFENDANTS |

ORDER GRANTING
MOTION TO DISMISS THIRD PARTY COMPLAINT

Pursuant to an opinion issued this day,

(1) the Motion of Mike Tutor and JSR Properties to dismiss Pickwick Pines Marina's Third Party Complaint [102] is GRANTED; and

(2) Mike Tutor and JSR Properties are hereby dismissed from this action.

SO ORDERED, this the 10th day of February, 2010.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**