IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN LICHTERMAN, VINCE MARASCUILO and MARSHA MARASCUILO                                                PLAINTIFFS

V.                                                CIVIL ACTION NO.: 1:07CV256-SA-JAD

PICKWICK PINES MARINA, INC.,
TISHOMINGO COUNTY DEVELOPMENT
FOUNDATION, and TENNESSEE VALLEY
AUTHORITY                                                DEFENDANTS

ORDER GRANTING
TVA'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to an opinion issued this day, Tennessee Valley Authority's Motion for Judgment on the Pleadings or for Summary Judgment on Plaintiffs' claims [124] is GRANTED.

SO ORDERED, this the 22nd day of February, 2010.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**