IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN LICHTERMAN, VINCE MARASCUILO and MARSHA MARASCUILO            PLAINTIFFS

V.            CIVIL ACTION NO.: 1:07CV256-SA-JAD

PICKWICK PINES MARINA, INC., TISHOMINGO COUNTY DEVELOPMENT FOUNDATION, and TENNESSEE VALLEY AUTHORITY            DEFENDANTS

## ORDER GRANTING
## MOTION TO DISMISS THIRD PARTY COMPLAINT

Pursuant to an opinion issued this day,

(1)     the Motion of Bob Carter and Gary Matthews to dismiss Pickwick Pines Marina's Third Party Complaint [149] is GRANTED; and

(2)     Bob Carter and Gary Matthews are hereby dismissed from this action.

SO ORDERED, this the 2nd day of March, 2010.

           /s/ Sharion Aycock
           **UNITED STATES DISTRICT JUDGE**