IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN LICHTERMAN, VINCE MARASCUILO and MARSHA MARASCUILO     PLAINTIFFS

V.     CIVIL ACTION NO.: 1:07CV256-SA-JAD

PICKWICK PINES MARINA, INC., TISHOMINGO COUNTY DEVELOPMENT FOUNDATION, and TENNEESSEE VALLEY AUTHORITY     DEFENDANTS

ORDER GRANTING
TVA'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to an opinion issued this day, Tennessee Valley Authority's Motion for Judgment on the Pleadings or for Summary Judgment on Pickwick Pines Marina's Cross-Claims [135] is GRANTED.

SO ORDERED, this the 23rd day of April, 2010.

                                                **/s/ Sharion Aycock**
                                                **UNITED STATES DISTRICT JUDGE**