IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN LICHTERMAN, VINCE MARASCUILO and MARSHA MARASCUILO                                                  PLAINTIFFS

V.                                    CIVIL ACTION NO.: 1:07CV256-SA-JAD

PICKWICK PINES MARINA, INC.,
TISHOMINGO COUNTY DEVELOPMENT
FOUNDATION, and TENNESSEE VALLEY
AUTHORITY                                                                                                  DEFENDANTS

ORDER DENYING
MOTION TO DISMISS THIRD PARTY COMPLAINT

Pursuant to an opinion issued this day, the Motion of Rodney Lucas to dismiss Pickwick Pines Marina's Third Party Complaint [151] is DENIED.

SO ORDERED, this the 7th day of May, 2010

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**